CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, v. PITTSBURGH, SHAWMUT AND NORTHERN R. R. COMPANY and Others, Respondents. CENTRAL TRUST COMPANY OF NEW YORK and Others, Appearing Specially, etc., Appellants. CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, v. PITTSBURGH, SHAWMUT AND NORTHERN R. R. COMPANY and Others, Respondents. CENTRAL TRUST COMPANY OF NEW YORK and Others, Appearing Specially, etc., Appellants.— These appeals are set down for the 1st day of March, 1919, term, or upon such other day in the term as may be stipulated by counsel, for argument upon the merits, including the questions: 1. Whether appellants are entitled to meet the questions of fact presented by the affidavits, by additional proof. 2. Whether, if proof is to

be taken, it shall be taken by this court, or the matter remitted to the Special Term, or to a referee. 3. The effect of the equity action now pending and the decision therein.